ACCEPTED
03-14-00644-CV
3844569
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/21/2015 1:08:57 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00644-CV

_____

**IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/21/2015 1:08:57 PM

JEFFREY D. KYLE
Clerk

_____

**JOSE A. PEREZ,**
*Appellant*,

**v.**

**TEXAS MEDICAL BOARD,** *et al.*,
*Appellees*.

_____

**APPELLEES' UNOPPOSED MOTION
FOR EXTENSION OF BRIEFING DEADLINE**

_____

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Appellees, the Texas Medical Board, and Mari Robinson, JD, in her Official Capacity; respectfully move this Court for an extension of the deadline for filing their brief in the captioned appeal. In support, Appellees would show the Court as follows:

1. Appellees' brief is currently due on January 21, 2015. No previous extensions have been requested or granted.

2. Appellees request an extension of time to file their brief to February 18, 2015.

3.     The undersigned counsel for Appellees has hearings and matters scheduled during the second half of January and the first half of February, 2015.

4.     This Motion is not interposed for the purpose of delay, but only for the purpose of allowing counsel to adequately prepare and file Appellees' brief and fully address the issues in this appeal.

Appellees therefore respectfully request an extension of time to, and including, February 18, 2015, in which to file and serve their brief in the captioned appeal.

Dated:       January 21, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Chief, Administrative Law Division

*/s/ Ted A. Ross*
Ted A. Ross
Assistant Attorney General
State Bar No. 24008890
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4191
Facsimile: (512) 457-4674
Email: ted.ross@texasattorneygeneral.gov
*Attorneys for Appellees the Texas Medical Board*
*and Mari Robinson, JD, in her Official Capacity*

## CERTIFICATE OF CONFERENCE

I hereby certify that I contacted Appellant *pro se* and that he stated that he does not oppose this motion.

*/s/ Ted A. Ross*
Ted A. Ross
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that, in compliance with Rule 9.5 of the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing document has been served on the following on this the **21st day of January 2015:**

Jose A. Perez, *pro se*                        *Via: Electronic Mail and*
34 Candle Pine Place                       *CMRRR #7006 2150 0005 6812 6472*
The Woodlands, Texas 77381
Email: theaesculapius@gmail.com

*/s/ Ted A. Ross*
Ted A. Ross
Assistant Attorney Genera

3